# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kam Richard Carpenter,

    Plaintiff(s),

vs.

Sidney D. Harkleroad

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03-cv-34-3-MU

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2005 Order.

**Signed: December 19, 2005**

Frank G. Johns, Clerk
United States District Court